JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOPKINS, ) | Case No.: CV 14-6797 DSF (ASx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| THE CALIFORNIA COURT OF ) APPEAL, DISTRICT TWO, ) DIVISION 5, ) | |
| Defendant. ) | |
| _____ ) | |

The Court having granted defendant's motion to dismiss plaintiff's First Amendment Complaint,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/5/14

Dale S. Fischer
United States District Judge