1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THOMAS HOPKINS, | Case No.: CV 14-6797 DSF (ASx) |
|---|---|
| Plaintiff, | |
| v. | AMENDED JUDGMENT |
| THE CALIFORNIA COURT OF APPEAL, DISTRICT TWO, DIVISION 5, | |
| Defendant. | |

The Court having granted defendant's motion to dismiss plaintiff's First Amendment Complaint,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its just costs pursuant to 28 U.S.C. § 1919.

Dated: 12/10/14

_____
Dale S. Fischer
United States District Judge